UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., et al., | : | (Post Confirmation) |
|  | : |  |
| Reorganized Debtors, | : |  |
|  | : |  |

-------------------------------------------------------------x

|  |  |  |
|---|---|---|
| DELPHI CORPORATION, et al., | : |  |
|  | : |  |
| Plaintiffs, | : | Adv. Pro. No. 07-02597 (RDD) |
|  | : |  |
| v. | : |  |
|  | : |  |
| WELLS FARGO BUSINESS and WELLS | : |  |
| FARGO MINNESOTA | : |  |
|  | : |  |
| Defendants. | : |  |

-------------------------------------------------------------X

## <u>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for all parties to this action, that, pursuant to Fed. R. Bankr. P. 7041 and Fed.

R. Civ. P. 41(a)(1)(ii) and subject to the order of this Court, the captioned adversary proceeding

is hereby dismissed with prejudice and without fees or costs to any party as against the other.

*[Signatures appear on following page]*

Signature Page to Stipulated Order of Dismissal With Prejudice between DPH Holdings
Corp., et al., and Wells Fargo Business and Wells Fargo Minnesota Settling
Claims Arising Under Sections 547 and 550 of the Bankruptcy Code

Dated: Detroit, Michigan                    DPH Holdings Corp., et al.
     December 3, 2012                   By their Attorneys,
                                                      BUTZEL LONG, a professional corporation

                                                     By: /s/ Cynthia J. Haffey
                                                     Cynthia J. Haffey
                                                     150 W.  Jefferson, Suite 100
                                                     Detroit, Michigan 48226

Dated: Uniondale, New York                  Wells Fargo Bank, N.A. (named herein as
     December 3, 2012                   Wells Fargo Business and Wells Fargo Minnesota)
                                                     By their Attorney,
                                                   RUSKIN MOSCOU FALTISCHEK, P.C.

                                                   By: /s/ Jeffrey A. Wurst
                                                   Jeffrey A. Wurst
                                                   East Tower, 15th Floor
                                                   1425 RXR Plaza
                                                   Uniondale, New York 11556-1425

SO ORDERED this 3rd day of December, 2012

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE